# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00370-CV

**Aaron Burns, d/b/a Stallion Development Custom
Home Builders and Samia Yusurf, Appellants**

**v.**

**Texas Exterior Wall Systems, Inc., Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 02-691-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants[1] filed an agreed motion to dismiss their appeal, asserting that they no longer wish to pursue it. They represent that Texas Exterior Wall, Inc. does not oppose their motion.

We grant the motion and dismiss this appeal.

Mack Kidd, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed:   September 25, 2003

Dismissed on Appellants' Motion

---

[1] The notice of appeal was filed in the names of Aaron Burns d/b/a Stallion Development Custom Home Builders and Samia Yusurf. The agreed motion to dismiss was filed in the name of Samia Yusuf Burns. Both were filed by the same attorney.